UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| - against - | 19-M-665 (ARL) |
| LAWRENCE ROSS, | |
| Defendant. | |

------------------------------------------------X

Upon application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Lara Treinis Gatz, Assistant United States Attorney, it is hereby ordered that the AREST WARRANT AND SEARCH WARRANT AFFIDAVIT bearing docket number 19-M-665 be unsealed.

Dated:  Central Islip, New York
        July 24, 2019

SO ORDERED: 

HONORABLE ARLENE R. LINDSAY
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK